ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| RODOLFO CRUZ CASTREJÓN<br><br>Apelante<br><br>v.<br><br>TWIN INVESTMENT, LLC Y OTROS<br><br>Apelados | KLAN202500252 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2022CV01488<br><br>Sobre: Desestimación |
|---|---|---|

Panel integrado por su presidente, el Juez Marrero Guerrero, el Juez Campos Pérez y el Juez Sánchez Báez

Campos Pérez, Juez Ponente

## SENTENCIA
### (Archivo Administrativo)

En San Juan, Puerto Rico, a 23 de junio de 2025.

Comparece la parte apelada Sunnova Energy Corp, ante nosotros mediante *Moción informando radicación de petición bajo la Ley Federal de Quiebras y solicitud de paralización de los procedimientos* y nos informa que, el 8 de junio de 2025, presentaron una petición de quiebra bajo el Capítulo 11 ante el Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Texas, Caso Núm. 25-90159. Asimismo, la parte apelada nos solicita la paralización del proceso de apelación a tenor con la Sección 362(a) del Código de Quiebras (11 USC sec. 362(a)). Examinada la referida moción, la declaramos **Ha Lugar**.

Cónsono con ello, se dicta Sentencia y decretamos la paralización de los procedimientos en el presente caso. Además, ordenamos que se considere el recurso de epígrafe terminado para fines estadísticos y nos reservamos expresamente jurisdicción para decretar su reapertura a solicitud de parte, en la eventualidad de que la petición de quiebra sea denegada en cualquier momento con posterioridad a la fecha de la presente sentencia, se deje sin efecto la

Número Identificador

SEN2025_____

paralización automática, o de otra manera se emita un relevo (*Relief order*) que permita la reapertura.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones